UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

TANYA SICKAFOOSE,                      )
                                        )
           Plaintiff,                   )
                                        )
v.                                      )          Case No. 4:25-CV-1713-ZMB
                                        )
UNIFIN, INC.,                           )
                                        )
           Defendant.                   )

## ORDER OF DISMISSAL

Before the Court is Plaintiff Tanya Sickafoose's Motion to Dismiss with Prejudice. Doc. 29. Because dismissal at this early stage minimizes any potential waste of judicial time and effort and appears to be in the parties' collective interest, the Court finds that the relevant factors warrant a dismissal. *See Blaes v. Johnson & Johnson*, 858 F.3d 508, 512 (8th Cir. 2017) (setting forth the three factors in considering a dismissal under Rule 41(a)(2)).

Accordingly, the Court **GRANTS** Plaintiff Tanya Sickafoose's [29] Motion to Dismiss with Prejudice.

So ordered this 2nd day of July 2026.


_____
ZACHARY M. BLUESTONE
UNITED STATES DISTRICT JUDGE